COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on Complaint of FLORENCE COFFEY, Respondent, v. JULIUS OPPENHEIMER, Appellant.— Order of filiation of the Court of Special Sessions of the City of New York, Borough of Queens [County of Queens], adjudging the defendant to be the father of a child and directing payment of a weekly sum of money for its support and education, reversed on the facts and a new trial ordered, on the ground that the determination is against the weight of the evidence. Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ., concur.

MARY COOGAN, Respondent, v. WILLIAM LEUTZ and ANNA LEUTZ, Appellants.— In an action to recover damages for personal injuries caused by defective repairs made by a landlord as a volunteer, with a representation on his part that the door saddle which he repaired was all right and would last, the plaintiff has recovered judgment, from which the defendants appeal. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

THERESA DEY, DOROTHY DIANA JOSEPH and HORTENSE BROWN, Respondents, v. HYMAN R. SEGAL, Appellant.— Action by second mortgagees to recover from the defendant, as mortgagor and owner of a certain parcel of unimproved land in Nassau county, the sum of $1,155.83, advanced by the second mortgagees to pay the interest on the first mortgage on the same property. Order denying defendant's motion to dismiss the complaint as not stating a cause of action, on the theory that such an action was barred by section 1077-b, Civil Practice Act, affirmed, with ten dollars costs and disbursements, with leave to defendant to serve an answer within five days from the entry of the order hereon. No opinion. Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ., concur.